4/14/24

United States of America
 vs.
Quinton James Grove

Dear Judge Corker I am writing this letter in regards to my pending motion of appeal I filed recently. My attorney im assuming does not wish to represent me in this matter and it leads me to ask for a court appointed attorney in this matter. Furthermore I also ask for the response by the court for my notice of appeal I have not recieved notice of the court receipt on this matter thanks in advance

Sincerly,

Quinton Grove